W. L. Powell, Appellant, vs. W. Bayard Cutting and Dennistonn Wood as Trustee for W. Bayard Cutting, Appellees.

Appeal from Circuit Court, Sumter county; William A. Hocker, Judge.

Anderson & Hocker, for Appellant.

J. C. Langley (with whom was J. L. Young on the brief) for Appellees.

The bill in this cause was filed by the appellees against the appellant. There was decree for the complainants, and the defendant appeals. The decree is affirmed.

Decision *Per Curiam*